IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:05CR77 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTIAN GARNICA, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

At the conclusion of the hearing on April 27, 2005, on defendant's Motion for Disclosure of Confidential Informants (#19), I stated my conclusions on the record and my decision that the motion would be granted in part.  In accordance with that announcement,

**IT IS ORDERED:**

1.     The clerk shall cause an expedited transcript of the hearing to be prepared and filed.

2.     The defendant's Motion for Disclosure of Confidential Informants (#19) is granted, in part.

3.     The government shall disclose to defendant the identity of the confidential informants at least fourteen (14) days before the date set for trial.

4.     Pursuant to NECrimR 57.3, any objection to this Order shall be filed with the Clerk of the Court within ten (10) days after the transcript is available to counsel for reading in the clerk's office.  Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

Dated this 27th day of April 2005.

BY THE COURT:


S/ F.A. Gossett
United States Magistrate Judge