## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CR77** |
| vs. | ) | |
| | ) | **AMENDED TRIAL ORDER** |
| **CHRISTIAN GARNICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On the court's own motion,

**IT IS ORDERED**:

1. The above-entitled case is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **Tuesday, August 9, 2005 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant must be present in person. Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

2. Any motions for a continuance of this trial date shall be electronically filed on or before **August 1, 2005** and shall (a) set forth the reasons why the moving party believes that the additional time should be allowed and (b) justify the additional time, *citing specific references to the appropriate section(s) of the Speedy Trial Act, 18 U.S.C. § 3161 et seq.* Any defense motion for continuance shall be accompanied by a written affidavit signed by the defendant in accordance with NECrimR 12.1.

**DATED July 25, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**