IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR77** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CHRISTIAN GARNICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for an extension of time until November 4, 2005, to file a Statement regarding the Presentence Investigation Report pursuant to paragraph 6 of the Order on Sentencing Schedule (Filing No. 102).

IT IS ORDERED:

1. The Defendant's motion for an extension of time to file a Statement regarding the Presentence Investigation Report (Filing No. 102) is granted; and

2. The Defendant shall file a Statement on or before November 4, 2005.

DATED this 1st day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge